1   Michael G. Marderosian (Bar No. 077296)
Heather S. Cohen (Bar No. 263093)
2   MARDEROSIAN & COHEN
1260 Fulton Street
3   Fresno, CA 93721
Telephone:  (559) 441-7991
4   Facsimile: (559) 441-8170

5   Attorneys for:     Plaintiffs TWELVE SIXTY LLC, ROBERT J.
MARDEROSIAN and ARON M. MARDEROSIAN
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA
            (Western Division – Los Angeles)
10

11   TWELVE SIXTY LLC,                )   Case No.
ROBERT J. MARDEROSIAN,          )
12   ARON M. MARDEROSIAN,            )   **COMPLAINT FOR**
                                 )   **COPYRIGHT INFRINGEMENT**
13              Plaintiffs,          )
                                 )
14          v.                       )
                                 )   **DEMAND FOR JURY TRIAL**
15   MEDIASET ESPANA, TELECINO      )
CINEEMA, CUATRO and             )
16   DOES 1 - 10, inclusive,         )
                                 )
17              Defendants.          )
                                 )
18

19          Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M.

20   MARDEROSIAN (collectively, "Plaintiffs") allege as follows:

21                      **PRELIMINARY STATEMENT**

22          1.     Plaintiffs bring this action seeking to put an immediate stop to, and to

23   obtain redress for, Defendants' blatant and purposeful infringement of the copyright

24   in Plaintiffs' musical composition entitled "House of the Rising Sun."

25          2.     Plaintiffs Robert J. Marderosian and Aron M. Marderosian are two

26   brothers who have worked together for almost 30 years to develop their business,

27   Plaintiff Twelve Sixty LLC, which provides original musical compositions and

28   productions for use in television, motion pictures, film trailers, film soundtracks,

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

product commercials and video games.  Plaintiffs ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN are musical artists and performers, professionally known as "Heavy Young Heathens."  As Heavy Young Heathens, the Plaintiffs have written and recorded music for many premiere entertainment clients including major movie studios, networks and advertisers around the world.

3.     Among many other commercial uses of Plaintiffs' musical recordings, Plaintiffs have had their work featured in such recent theatrical motion pictures as *Rules Don't Apply*, *Masterminds* and *Supermensch*, as well as prominent trailers for the motion pictures *The Magnificent Seven*, *Deadpool*, *The Amazing Spider-Man* and *The Expendables*.

4.     Plaintiffs' music has additionally been used in numerous television programs such as *The Simpsons*, *CSI*, *Lucifer*, *Jersey Shore*, *Punk'd* and *ESPN's 30 for 30*, and commercials for Starbucks, Chrysler, Dodge, Ford, Bacardi, Adidas and Red Bull.

5.     Plaintiffs arranged and produced a master recording of the musical composition "House of the Rising Sun", which is a traditional song.  The arrangement and production was the subject of a copyright registration by Plaintiff Aron Marderosian and Plaintiff Robert Marderosian.

6.     Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiffs' hard-earned success, Defendant has created and publicized (or caused to be created and publicized) commercial advertisements and other media which prominently features significant portions of Plaintiffs' musical composition "House of the Rising Sun" without authorization from Plaintiffs.

7.     Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs.  Defendant may not continue to exploit Plaintiffs' musical composition without authorization in order to advertise or promote their products to the public.  Defendants' conduct must

1    immediately be stopped and Plaintiffs must be compensated for Defendants' willful

2    acts of infringement.

3                          **JURISDICTION AND VENUE**

4         8.    This is a civil action seeking damages and injunctive relief for copyright

5    infringement under the Copyright Act of the United States, 17 U.S.C. § 101, *et seq*.

6         9.    This Court has subject matter jurisdiction over this copyright infringement

7    action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8         10.    This Court has personal jurisdiction over Defendant because, among other

9    things, Defendant is doing business in the State of California and in this judicial

10   district, the acts of infringement complained of herein occurred in the State of

11   California and in this judicial district, and Defendant has caused injury to Plaintiffs and

12   their intellectual property within the State of California and in this judicial district.

13        11.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c),

14   and/or § 1400(a).

15                              **THE PARTIES**

16        12.    Plaintiff TWELVE SIXTY LLC ("hereinafter referred to as "Twelve

17   Sixty") is, and at all times relevant hereto was, a California Limited Liability company

18   doing business in the County of Los Angeles County, State of California.

19        13.    Plaintiff ARON M. MARDEROSIAN is an individual who resides and

20   works in the County of Los Angeles in the State of California.

21        14.    Plaintiff ROBERT J. MARDEROSIAN is an individual who resides and

22   works in the County of Los Angeles in the State of California.

23        15.    Defendant MEDIASET ESPANA is a media outlet based in Spain but

24   doing business in the State of California.

25        16.    Defendant TELECINO CINEEMA is a television network based in Spain

26   but doing business in the State of California.

27        17.    Defendant CUATRO is a television network based in Spain but doing

28   business in the State of California.

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

3

18.     The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as Does 1-10, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names ("Doe Defendant").  Plaintiffs will seek leave of Court to amend this Complaint to state their true names and capacities when they have been ascertained.  Plaintiffs are informed and believe and on that basis allege that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.

19.     On information and belief, the Defendants and each of them, were the agents, employees, affiliates and/or engaged in a joint venture with each of the remaining Defendants, and were at all times acting within the purpose of said agency and employment, and each defendant has ratified and approved the acts of its agents.

## GENERAL ALLEGATIONS

20.     Plaintiffs are the authors of the music and lyrics to the original musical composition "House of the Rising Sun."  Plaintiffs own the rights and title to the copyright in the composition "House of the Rising Sun" (the "Infringed Composition") as authors and through their publishing entities.

21.     Plaintiffs filed an application for copyright registration with the United States Copyright Office for the musical composition "House of the Rising Sun" and the song was registered on  May 31, 2016, under SR 785-194.  A true and correct copy of the registration is attached hereto as Exhibit A.

22.     In or around December 2017, it came to Plaintiffs' attention that Defendants and/or their agents and/or their co-conspirators  reproduced, distributed, and/or publicly performed (and/or caused to be reproduced, distributed, and/or publicly performed) a substantial portion of the Infringed Composition without Plaintiffs' authorization in a commercial advertisements and promotions.

23.     Defendants do not have any license, authorization, permission or consent to use the Infringed Composition.

///

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

4

24.     In fact, on December 5, 2017 and multiple times thereafter, Plaintiffs' counsel provided written notice to Defendant MEDIA SET ESPANA'S counsel that the use of the Infringed Composition by Defendants constituted infringement of Plaintiffs' rights and demanded that Defendants immediately cease and desist from any further use of the Infringed Composition. Plaintiffs are entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Composition for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Plaintiffs' rights.

## COUNT 1

## COPYRIGHT INFRINGEMENT

### (17 U.S.C. §§ 106 and 501)

25.     Plaintiffs incorporate herein by this reference each and every allegation contained in paragraphs 1 through 24, inclusive.

26.     Through their conduct alleged herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

27.     Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

28.     As a direct and proximate result of said infringement by Defendants and each of them, Plaintiffs are entitled to damages in an amount to be proven at trial.

29.     Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

30.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

31.     As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are

informed and believe and on that basis allege that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringement conduct.

## COUNT 2

## CIVIL CONSPIRACY

32.     Plaintiffs repeat, reallege, and incorporate by reference each and every allegation contained in Paragraphs 1 through 31, inclusive, as though fully set forth herein.

33.     Defendants conspired with one another to wrongfully exploit Twelve Sixty's Master recording, "House of the Rising Sun" internationally without having to fairly or properly compensate Twelve Sixty for the exploitation.

34.     Defendants authorized, understood, and enabled, one another to exploit Twelve Sixty's Master internationally without paying Twelve Sixty any money for this exploitation.

35.     On information and belief, Defendants have benefitted from the illegal exploitation of Plaintiffs' song which were not authorized or permitted.

36.     Defendants have not paid Plaintiffs any money whatsoever for these exploitations of their song and Plaintiffs have been significantly damaged as a result of this scheme between Defendants and its co-conspirators.

37.     The conduct of Defendants as described herein is wilful, wanton, malicious, fraudulent, and oppressive such that Twelve Sixty is entitled to punitive damages.

## PRAYER

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.      For damages in such amount as may be found, or as otherwise permitted by law;

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

6

1

2.      For an accounting of, and the imposition of constructive trust with respect

2

to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the

3

Infringed Composition;

4

3.      For a preliminary and permanent injunction prohibiting Defendants, and

5

their respective agents, servants, employees, officers, successors, licensees and assigns,

6

and all persons acting in concert or participation with each or any of them, from

7

continuing to infringe Plaintiffs' copyright in the Infringed Composition;

8

4.      For prejudgment interest according to law;

9

5.      For Plaintiffs' attorneys' fees, costs, and disbursements in this action; and

10

6.      For such other and further relief as the Court may deem just and proper.

11

**DEMAND FOR JURY TRIAL**

12

Plaintiffs demand a trial by jury.

13

Dated:  February 5, 2018                    MARDEROSIAN & COHEN

14

15

                                    By:    */s/ Michael G. Marderosian*

16

                                    Michael G. Marderosian,
                                    Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Teyle Cleggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**SR 785-194**

**Effective Date of Registration:**
May 31, 2010

## Title

**Title of Work:** House Of The Rising Sun

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 05, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Robert Jacob Marderosian
  **Author Created:** sound recording
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Aron Michael Marderosian
  **Author Created:** sound recording
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Robert Jacob Marderosian
P.O. Box 6470, Malibu, CA, 90264, United States

**Copyright Claimant:** Aron Michael Marderosian
P.O. Box 6470, Malibu, CA, 90264, United States

## Limitation of copyright claim

**Material excluded from this claim:** sound recording

**New material included in claim:** sound recording

## Rights and Permissions

| | |
|---|---|
| **Name:** | Robert Jacob Marderosian |
| **Email:** | heavyyoungheathens@gmail.com |
| **Telephone:** | (310)457-0133 |
| **Address:** | P.O. Box 6470 |
| | Malibu, CA 90264 United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Jacob Marderosian |
| **Date:** | May 31, 2016 |